1

2   RYAN L. DENNETT, ESQ.
    Nevada Bar No. 005617
3   rdennett@dennettwinspear.com
    JENNIFER INSLEY MICHERI, ESQ.
4   Nevada Bar No. 011089
    **DENNETT WINSPEAR, LLP**
5   3301 N. Buffalo Drive, Suite 195
    Las Vegas, Nevada  89129
6   Telephone:      (702) 839-1100
    Facsimile:       (702) 839-1113
7   *Attorneys for Defendant,*
    *STATE FARM MUTUAL AUTOMOBILE*
8   *INSURANCE COMPANY*

9                 UNITED STATES DISTRICT COURT

10        SOUTHERN DISTRICT FOR THE DISTRICT OF NEVADA

11  HERMINE BILALYAN; RUTH
    JOHNSON,
12                                          Case No:  2:13-cv-00577-MMD-GWF
13                          Plaintiff,
                                            **JOINT STATUS REPORT**
14  vs.

15  STATE FARM MUTUAL AUTOMOBILE
    INSURANCE COMPANY; DOE
16  INDIVIDUALS 1 through 10; ROE
    CORPORATIONS 11 through 20; and ABC
17  LIMITED LIABILITY COMPANIES 21
    through 30, inclusive,
18                          Defendant.

19

20       The Parties here to are in receipt of the Court's Order (Document No. 19) with respect to

21  the Pretrial Order which was to be submitted to the Court no later than December 11, 2013.

22       Counsel for the parties wish to inform the Court that this matter has been resolved and

23  the parties hereto are currently in the process of completing the settlement documents, including

24  the necessary logistics of dealing with outstanding medical liens -- most notably.

25       With respect to Plaintiff, HERMINE BILALYAN, the parties filed a Stipulation and Order

26  for Dismissal of her claim on August 7, 2013 (Document No. 17).

27  / / /

28  / / /

1    The parties are requesting that this matter be calendared for status regarding the

2    settlement of the case for a period of sixty (60) days from the date of this Joint Status Report.

3    The parties did not previously anticipate that the settlement process would continue

4    beyond December 11, 2013, apologize for the delay and respectfully request additional time in

5    which to finalize settlement in this case.

6    Respectfully submitted this __24____ day of December, 2013.

7

8    **NETTLES LAW FIRM**                                   **DENNETT WINSPEAR, LLP**

9

10   By: /s/ Joel Hengstler                                 By /s/ Ryan L. Dennett
     JOEL HENGSTLER, ESQ..                                  RYAN L. DENNETT, ESQ.

11   Nevada State Bar No. 011597                            Nevada Bar No. 005617
     1389 Galleria Drive, Suite 100                         3301 N. Buffalo Drive, Suite 195

12   Henderson, Nevada  89014                               Las Vegas, Nevada  89129
     Telephone: (702) 434-8282                              Telephone:    (702) 839-1100

13   Facsimile:   (702) 434-1488                            Facsimile:    (702) 839-1113
     Attorneys for Plaintiff                                Attorneys for Defendant

14                                                          *State Farm Mutual Automobile*
                                                            *Insurance*

15

16

17                                                   **IT IS SO ORDERED:**

18

19                                                   GEORGE FOLEY, JR.
                                                     **United States Magistrate Judge**

20

21                                                   **DATED:   December 26, 2013**

22

23

24

25

26

27

28

2