RYAN L. DENNETT, ESQ.
Nevada Bar No. 005617
rdennett@dennettwinspear.com
JENNIFER INSLEY MICHERI, ESQ.
Nevada Bar No. 011089
**DENNETT WINSPEAR, LLP**
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Telephone:   (702) 839-1100
Facsimile:    (702) 839-1113
*Attorneys for Defendant,*
*STATE FARM MUTUAL AUTOMOBILE*
*INSURANCE COMPANY*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| HERMINE BILALYAN; RUTH JOHNSON,<br><br>                              Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; DOE INDIVIDUALS 1 through 10; ROE CORPORATIONS 11 through 20; and ABC LIMITED LIABILITY COMPANIES 21 through 30, inclusive,<br><br>                              Defendant. | Case No:  2:13-cv-00577-MMD-GWF<br><br>**JOINT STATUS REPORT** |

      The Parties here to are in receipt of the Court's Order (Document No. 19) with respect to the Pretrial Order which was to be submitted to the Court no later than December 11, 2013.

      Counsel for the parties wish to inform the Court that this matter has been resolved and the parties hereto are currently in the process of completing the settlement documents, including the necessary logistics of dealing with outstanding medical liens -- most notably.

      With respect to Plaintiff, HERMINE BILALYAN, the parties filed a Stipulation and Order for Dismissal of her claim on August 7, 2013 (Document No. 17).

/ / /

/ / /

The parties are requesting that this matter be calendared for status regarding the settlement of the case for a period of sixty (60) days from the date of this Joint Status Report.

The parties did not previously anticipate that the settlement process would continue beyond December 11, 2013, apologize for the delay and respectfully request additional time in which to finalize settlement in this case.

Respectfully submitted this __24____ day of December, 2013.

| NETTLES LAW FIRM | DENNETT WINSPEAR, LLP |
|---|---|
| By: /s/ Joel Hengstler<br>JOEL HENGSTLER, ESQ..<br>Nevada State Bar No. 011597<br>1389 Galleria Drive, Suite 100<br>Henderson, Nevada 89014<br>Telephone: (702) 434-8282<br>Facsimile: (702) 434-1488<br>Attorneys for Plaintiff | By /s/ Ryan L. Dennett<br>RYAN L. DENNETT, ESQ.<br>Nevada Bar No. 005617<br>3301 N. Buffalo Drive, Suite 195<br>Las Vegas, Nevada 89129<br>Telephone: (702) 839-1100<br>Facsimile: (702) 839-1113<br>Attorneys for Defendant<br>*State Farm Mutual Automobile Insurance* |

IT IS SO ORDERED:

_____
GEORGE FOLEY, JR.
United States Magistrate Judge

DATED: December 26, 2013