# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RUTH JOHNSON,<br><br>       Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>       Defendant. | Case No. 2:13-cv-00577-APG-GWF<br><br>**ORDER** |

This matter is before the Court on the Joint Status Report (#21) filed December 26, 2013, wherein the parties advised the Court that this matter had been settled, and that the parties were in the process of finalizing a settlement agreement. To date the parties have not filed dismissal papers. Accordingly,

**IT IS ORDERED** counsel for the parties shall file a status report by **March 17, 2014** advising the Court of the status of the settlement.

DATED this 6th day of March, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge