**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| RUTH JOHNSON, | ) | |
|                Plaintiff, | ) | Case No. 2:13-cv-00577-APG-GWF |
| vs. | ) | **ORDER** |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | ) | |
|                Defendant. | ) | |

This matter is before the Court on the Joint Status Report (#21) filed December 26, 2013, wherein the parties advised the Court that this matter had been settled, and that the parties were in the process of finalizing a settlement agreement. To date the parties have not filed dismissal papers. Accordingly,

**IT IS ORDERED** counsel for the parties shall file a status report by **March 17, 2014** advising the Court of the status of the settlement.

DATED this 6th day of March, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge