# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RUTH JOHNSON, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:13-cv-00577-APG-GWF |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| STATE FARM MUTUAL AUTOMOBILE ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court on the Joint Status Report (#21) filed December 26, 2013, wherein the parties advised the Court that this matter had been settled, and that the parties were in the process of finalizing a settlement agreement.  On March 6, 2014, the Court ordered that the parties file a status report by March 17, 2014 (Order #22) advising of the status of the settlement.  To date, the parties have failed to comply.  Accordingly,

**IT IS ORDERED** counsel for the parties shall file a status report by **April 7, 2014** advising the Court of the status of the settlement.

DATED this 26th day of March, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge